AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**SOUTHERN** DISTRICT OF **FLORIDA**

JORGE MOREJON

V.

LOUISVILLE LADDER, INC.

**Plaintiff's EXHIBIT AND WITNESS LIST**

Case Number: 17-22558-CIV-O'SULLIVAN

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| O'SULLIVAN | ROBERT L. PARKS | SCOTT M. SARASON |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/23/2018 | Glenda Powers | CHERLE R. GRIFFIN |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 3/23/2018 | | Yes | (1a- 1h)   Composite photographs of the scene of the incident |
| 2 | | 3/23/2018 | | Yes | (2a - 2hh)  Composite photographs of the ladder |
| 3 | | 3/23/2018 | | Yes | (3a - 3c)  Composite photographs of Jorge Morejon's injuries |
| 4 | | 3/23/2018 | | Yes | Louisville Ladder,  model no. L-2324-16 |
| 5 | | 3/23/2018 | | Yes | Medical expenses for Jorge Morejon |
| 6 | | 3/23/2018 | | Yes | Miami-Dade Fire Rescue medical records |
| 7 | | 3/23/2018 | | Yes | Medics Miami medical records |
| 8 | | 3/23/2018 | | Yes | Kendall Regional Medical Center medical records |
| 9 | | 3/23/2018 | | Yes | West Kendall Rehab Hospital medical records |
| 10 | | 3/23/2018 | | Yes | Justin C. Friedman, M.D. medical records |
| 11 | | 3/23/2018 | | Yes | Miami Open MRI medical records |
| 12 | | 3/23/2018 | | Yes | Jonathan Gottlieb, M.D. medical records |
| 13 | | 3/23/2018 | | Yes | Arturo Corces, M.D. medical records |
| 14 | | 3/23/2018 | | Yes | Navarro Pharmacy records |
| 15 | | 3/23/2018 | | Yes | Physical therapy records |
| 16 | | 3/23/2018 | | Yes | (16a - 16w) Composite Radiology films |
| 17 | | 3/23/2018 | | Yes | Mortality tables |
| | | | | | |
| | | | | | Witnesses |
| 18 | | 3/23/2018 | 4/23/18 | Yes | Jorge Morejon c/o The Law Offices of Robert L. Parks, P.L. Sworn & testified. |
| 19 | | 3/23/2018 | 4/24/18 | Yes | Yusmila Negrin c/o The Law Offices of Robert L. Parks, P.L. Sworn & testified. |
| 20 | | 3/23/2018 | 4/24/18 | Yes | Arturo Corces, M.D. (Plaintiff's Expert) Sworn & testified |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __2__ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | JORGE MOREJON | | vs. | LOUISVILLE LADDER, INC. | CASE NO. 17-22558-CIV-O'SULLIVAN |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 21 | | 3/23/2018 | 4/23/18 | Yes | Dr. Oren Masory (Plaintiff's Expert) *Sworn & testified.* |
| 22 | | 3/23/2018 | | Yes | Tom Bayer (Defendant Expert) |
| 23 | | 3/23/2018 | | Yes | Thomas Schmitt c/o Scott M. Sarason, Esq. |

Page  2  of  2  Pages